

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2016

No. 04-16-00004-CR

Juan Jose **PEREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR3178
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file their brief is granted. The appellant's brief is due on July 25, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court